James M. McDonnell, Esq. (Bar ID No. 030572001)
Eliza L. Lloyd, Esq. (Bar ID No. 111352014)
JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, New Jersey 07922
(908) 795-5200

ATTORNEYS FOR DEFENDANTS

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBIN GALBRAITH,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>PERFORMANCE FOOD GROUP, INC., PERFORMANCE FOODSERVICE, PERFORMANCE FOOD SERVICE ROMA—NJ, STELLA WYATT, ABC CORPORATIONS 1-5 (fictitious names describing presently unidentified business entities); and JOHN DOES 1-5 (fictitious names describing presently unidentified individuals),<br><br>　　　　　　　Defendants. | Civil Action No. 1:20-cv-10136-NLH-JS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　　　It is hereby stipulated and agreed by and between Plaintiff Robin Galbraith ("Plaintiff"), and Defendants Performance Food Group, Inc., Performance FoodService, Performance Foodservice/ROMA – New Jersey (improperly pled as "Performance Food Service Roma—NJ"), and Stella Wyatt (collectively, "Defendants"), by and through their undersigned counsel, who are authorized to enter this stipulation, that Plaintiff's action against Defendants is dismissed in its entirety with prejudice and without costs or attorneys' fees.

| | |
|---|---|
| MCOMBER MCOMBER & LUBER, P.C.<br>39 E. Main Street<br>Marlton, New Jersey 08053<br><br><br>By: _/s/ **_Matthew A. Luber_**_____<br>    Matthew A. Luber, Esq.<br>    Meghan A. Clearie, Esq.<br>    Attorneys for Plaintiff<br><br>Dated:  July 13, 2021 | JACKSON LEWIS P.C.<br>200 Connell Drive, Suite 2000<br>Berkeley Heights, New Jersey 07922<br><br><br>By: _/s/ *Eliza L. Lloyd*_____<br>    James M. McDonnell, Esq.<br>    Eliza L. Lloyd, Esq.<br>    Attorneys for Defendants<br><br>Dated: July 13, 2021 |

4833-9559-2170, v. 1